**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BILLY R. JONES, | ) | 3:17-cv-00572-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 7, 2019 |
| RENEE BAKER, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

In view of Defendants' Supplemental Report on Locating Defendants (ECF No. 50) and this court's order regarding service on Defendant Raul Godinez (ECF No. 54), the date to effect service on Defendant Raul Godinez is extended to and including **Friday, January 31, 2020**.

Therefore, the Notice Regarding Intention to Dismiss Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure as to Defendant Raul Godinez (ECF No. 46) is **STRICKEN**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
     Deputy Clerk